UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| KEVIN R. DUNLAP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:24-cv-00126-RLY-CSW |
| | ) | |
| THOMAS ALLAN SCOTT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Today, the court dismissed the action with prejudice. Accordingly, the court now enters final judgment in favor of the Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 22nd day of August 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
　　　Deputy Clerk, U.S. District Court

Mail to:

Kevin R. Dunlap
1900 Covert Avenue
Evansville, Indiana 47714

1